# POWLEY|GIBSON

Thomas H. Curtin
Partner
thcurtin@powleygibson.com

September 19, 2018

**VIA ECF**



Hon. Loretta A. Preska
Senior United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

Re:   *Energy Intelligence Group et al. v. Jefferies LLC et al.* – 14-cv-04115-LAP

Dear Judge Preska:

We are the attorneys for Plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited.  We write, with the consent of counsel for Defendants, to advise the Court that the parties reached a settlement in principle yesterday to resolve the subject action.  We have spoken with Your Honor's clerk and understand that today's conference will be taken off the calendar.  In view of this development, the parties respectfully request that the Court enter an order conditionally dismissing this action, with the ability of either party to revive the action if the settlement is not finalized by September 28, 2018.

Respectfully submitted,

Thomas H. Curtin (TC-5753)

*, subject to reopening within thirty days if the settlement is not effected,*

cc: Defendants' counsel (via ECF)

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

LORETTA A. PRESKA, U.S.D.J.

9/26/18

304 Hudson Street, Suite 305 • New York, New York 10013 • 212.226.5054 • F 212.226.5085 • www.powleygibson.com